UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHUDIER KHAK BANGUOT,<br><br>        Plaintiff,<br> v.<br><br>BRUCE SCOTT, et al.,<br><br>        Defendants. | No. 22-cv-05137-BJR-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

  Having reviewed the Report and Recommendation ("R&R") of Magistrate Judge J. Richard Creatura recommending dismissal of this case for failure to prosecute, the Court hereby adopts the R&R and dismisses Plaintiff's case without prejudice. Because Plaintiff did not file a timely objection, the Court reviews the R&R only for clear error on the face of the record. *Campbell v. U.S. Dist. Ct.*, 501 F.2d 196, 206 (9th Cir. 1974), *cert. denied*, 419 U.S. 879 (1974).

  As noted in the R&R, mail to Plaintiff has been returned as undeliverable since March 2022, shortly after the case commenced. Dkt. 9 at 2. On April 7, 2022, Magistrate Judge Creatura ordered Plaintiff to provide an updated address by June 6 and warned that failure to do so would result in dismissal of the case for failure to prosecute. Dkt. 7. Plaintiff never responded or provided an updated address, and Magistrate Judge Creatura issued the R&R on June 9, 2022. Dkt. 9. As Plaintiff has failed to respond, the Court concludes that he has failed to prosecute this case.

Accordingly, the Court hereby adopts the R&R (Dkt. 9) and Plaintiff's complaint is dismissed without prejudice.

DATED this 27th day of July, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE